James DOWDY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62660.

Missouri Court of Appeals,
Western District.

March 16, 2004.

John M. Schilmoeller, Kansas City, MO, for Appellant.

Andrea K. Spillars, Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., SMITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Movant filed a Rule 29.15 motion following convictions arising out of verdicts for forcible rape, forcible sodomy, armed criminal action, and felonious restraint. His point on appeal alleges ineffective assistance of trial counsel for failure to interview and then preserve the testimony of a witness to the consent of the victim. The judgment denying the motion is affirmed. Rule 84.16(b).